UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ANNA M. YOCUM<br>Debtor | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | : | |
| vs. | : | |
| ANNA M. YOCUM<br>Respondent | : | CASE NO. 1-23-bk-01674 |

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 14th day of September, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. §§ 1322(a)(1) and 1325(b) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

 a. Excess disposable income

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

 a. The plan is underfunded relative to claims to be paid – 100% plan.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

 a. Deny confirmation of debtor(s) plan.

b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

          Respectfully submitted:

          Jack N. Zaharopoulos  
          Standing Chapter 13 Trustee  
          8125 Adams Drive, Suite A  
          Hummelstown, PA 17036  
          (717) 566-6097

BY:   /s/Douglas R. Roeder  
        Attorney for Trustee

## CERTIFICATE OF SERVICE

AND NOW, this 29th day of September, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Jerry Philpott, Esquire  
227 N. High Street  
P.O. Box 116  
Duncannon, PA 17020

          /s/Deborah A. DePalma  
          Office of Jack N. Zaharopoulos  
          Standing Chapter 13 Trustee